No. 774. MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* KALLIMANIS ET AL. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General McGrath* for petitioner. *Thomas S. Tobin* for respondents.

No. 781. INDUSTRIAL TRUST CO. ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Harold A. Andrews* for petitioners. *Solicitor General McGrath, Sewall Key, Arnold Raum, Helen R. Carloss* and *Carlton Fox* for respondent.

No. 788. ADAMS ET AL. *v.* UNITED STATES DISTRIBUTING CORP. ET AL. March 11, 1946. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *John J. Wicker, Jr.* for petitioners. *William W. Crump* and *James V. Hayes* for respondents.

No. 794. UNITED STATES EX REL. NITKEY *v.* DAWES ET AL. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Walter F. Dodd* and *Harry G. Fins* for petitioner. *Andrew J. Dallstream, Arthur M. Cox, Frederic H. Stafford* and *John B. Robinson, Jr.* for respondents.

No. 795. BANKERS TRUST CO., TRUSTEE, ET AL. *v.* NEW YORK. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit de-